**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-CR-00287-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  STEPHEN L. BUSH,

    Defendant.

---

MINUTE ORDER

---

On oral request of the government, the sentencing hearing set for February 2, 2006, at 9:00 a.m., is VACATED and RESET to **1:30 p.m.** on February 2, 2006.

Dated:  January 4, 2006
------------------------------------------------------------------------------------------------------------